# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A residence located at 1220 Northeast 46th Terrace, Kansas City, Missouri, located in the Western District of Missouri | )<br>)<br>) Case No. 21-SW-00325-WBG<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Western__ District of __Missouri__
*(identify the person or describe the property to be searched and give its location)*:

A residence located at 1220 Northeast 46th Terrace, Kansas City, Missouri, more fully described as a brown in color with white trim, single family residence, that has a white in color entry door facing south on the south side of the structure. The numbers "1220" are clearly marked just left (west) of the white entry door on the south side of the residence.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A.

☑ **YOU ARE COMMANDED** to execute this warrant on or before __07/09/2021__ *(not to exceed 10 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and return this warrant and inventory to __Honorable W. Brian Gaddy, U.S. Magistrate Judge__ within 10 days from the date that the tracking of the phone ceases.   *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result as listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)* from the date that the tracking of the phone ceases.

☐ until, the facts justifying, the later specific date of _____ .

☐ Warrant issued in person.
☑ Warrant issued by telephone or other reliable electronic means.

Date and time issued: __June 29, 2021 at 4:41 pm__

City and state: __Kansas City, Missouri__

*Judge's signature*

Honorable W. Brian Gaddy, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>21-SW-00325-WBG | Date and time warrant executed:<br>June 30, 2021 at 6:00 a.m. | Copy of warrant and inventory left with:<br>Inside residence of 1220 NE 46th Terr. |

Inventory made in the presence of :
SA Doug Dorley

Inventory of the property taken and name of any person(s) seized:
6 rifle casings - in Kansas City, Missouri, Police (KCPD) possession
1 handgun casing - in KCPD possession
3 spent bullets - in KCPD possession
miscellaneous ammunition - in KCPD possession
1 holster - in KCPD possession
1 rifle - in KCPD possession
4 handguns - in KCPD possession
1 Air Rifle - in KCPD possession
1 - Ruger .380 caliber pistol with ammunition
container of miscellaneous ammunition
drug ledger
balistic vest with armored plates
heroin
crystal methamphetamine
marijuana
controlled pharmaceutical pills
psilocybin mushrooms
drug packaging/manufacturing paraphernalia

**Certification**

☐ I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

☑ I declare under penalty of perjury that this inventory is correct and was returned electronically along with the original warrant to the designated judge IAW Fed.R.Crim.P. 4.1 and 4(f)(1)(D).

Date: July 1, 2021

*Douglas C. Dorley*
*Executing officer's signature*

Special Agent Doug Dorley, DEA
*Printed name and title*

**PRINT**   **GET SW DATA**   **SAVE AS**   **RESET**